UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22890-CIV-WILLIAMS/MCALILEY

WILLIE JAMES WILLIAMS, *et al.*,

    Plaintiffs,

vs.

UNIVERSAL PROPERTY &
CASUALTY INSURANCE COMPANY,

    Defendant.

_____/

## **ORDER OF RECUSAL**

THE UNDERSIGNED MAGISTRATE JUDGE to whom the above-styled case has been assigned hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

DONE AND ORDERED in chambers at Miami, Florida, this 13th day of September 2022.

                                                            _____
                                                            CHRIS MCALILEY
                                                            UNITED STATES MAGISTRATE JUDGE

This cause will be reassigned by the Clerk's Office in accordance with the Local Rules for the Southern District of Florida and the applicable Administrative Order.

All documents for filing in this case shall carry the following case number and designation: 22-22890-CIV-WILLIAMS/ Torres .

BY ORDER OF THE COURT this   15th   day of September 2022, Miami, Florida.

ANGELA E. NOBLE
Clerk of Court

By: /s/Valerie Kemp

cc: The Honorable Kathleen M. Williams
Counsel of Record